ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH MCKENZIE,<br><br>        Plaintiff,<br>v.<br><br>WAL-MART STORES INC.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>        Defendants. | Case No.: 2:17-cv-02901-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff Deborah McKenzie, (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC. (hereinafter "WALMART" or "Defendant"), by and through their respective counsel of record, do hereby stipulate to extend the remaining deadlines in the current scheduling order and discovery plan in this matter for a period of sixty (60) days for the reasons explained herein.

Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the first such discovery extension requested in this matter.

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

- Plaintiff served their Initial Disclosures on December 14, 2017

- 1 -

- Defendant served their Initial Disclosures on December 8, 2017
- Defendant has received executed authorizations for plaintiff and has requested medical records on December 22, 2017.

## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- Plaintiff's and Defendant's Written Discovery request(s);
- Deposition of Plaintiff Deborah McKenzie (Currently set for 1/23/18);
- Plaintiff's IME with Defendant's expert Physicians;
- Depositions of fact witnesses;
- Depositions of Plaintiff's treating physicians;
- Depositions of expert witnesses and rebuttal expert witnesses;
- Defendants' 30(b)(6) witness depositions; and
- Inspection of the subject premises (if necessary).

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining discovery deadlines is appropriate, as Defendants are still in the process of obtaining Plaintiff's medical records. Further, the parties wish to further investigate this case by conducting additional depositions of important fact witnesses prior to initial expert disclosures in an effort to determine if a resolution to this matter can be reached prior to incurring fees and costs associated with disclosing experts and their respective opinions.

## [PROPOSED] NEW DISCOVERY DEADLINES

| | |
|---|---|
| **Interim Status Report** | April 2, 2018 |
| **Expert Disclosure Deadlines** | April 2, 2018 |
| **Rebuttal Expert Disclosure Deadline** | May 1, 2018 |

| | | |
|---|---|---|
| **Discovery Cut-Off Date** | . . . . . | **June 1, 2018** |
| **Proposed Joint Pre-Trial Order** | . . . . | **July 31, 2018** |
| **Dispositive Motion Deadline** | . . . . | **July 2, 2018** |

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 5th day of January, 2018.   DATED this 5th day of January, 2018.

*/s/ Sean J. Akari*  
Sean J. Akari, Esq.  
Nevada Bar No. 13300  
BERNSTEIN & POISSON  
320 S. Jones Blvd  
Las Vegas, NV 89107  
*Attorneys for Plaintiff*

*/s/ Betsy Jefferis*  
Betsy Jefferis, Esq.  
Nevada Bar No. 12980  
PHILLIPS SPALLAS & ANGSTADT  
504 South Ninth Street  
Las Vegas, Nevada 89101  
*Attorneys for Defendant*  
*Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

_____  
**UNITED STATES MAGISTRATE JUDGE**

1-8-2018  
**DATED:**_____

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, and that on this 5th day of January, 2018, I electronically served a copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES [FIRST REQUEST]** as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below;

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| Scott L. Poisson, Esq.<br>Nevada Bar No. 10188<br>Sean J. Akari, Esq.<br>Nevada Bar No. 13300<br>BERNSTEIN & POISSON<br>320 S. Jones Blvd.<br>Las Vegas, NV 89107 | Phone 702-877-4878<br>Fax    702-256-6280 | Plaintiff |

_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC