ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH MCKENZIE,<br><br>    Plaintiff,<br>v.<br>WAL-MART STORES INC.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-02901-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 18 day of O6, 2018.        DATED this 18th day of June, 2018

BERNSTEIN & POISSON                    PHILLIPS, SPALLAS & ANGSTADT

*/s/ Brandon C. Verde* #14638          */s/ Ryan Kerbow, Esq.* SBN 11403

Sean J. Akari, Esq.                    Betsy C. Jefferis, Esq.
Nevada Bar No. 13300                   Nevada Bar No. 12980
320 S. Jones Blvd.                     504 South Ninth Street
Las Vegas, Nevada 89107                Las Vegas, Nevada 89101
*Attorneys for Plaintiff*              *Attorneys for Defendant*
*Deborah McKenzie*                     *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED July 2, 2018.

_____
UNITED STATES DISTRICT JUDGE